```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                         CASE NO. 07 B 07043
     PAUL C MCNAB
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

        Debtor
     SSN XXX-XX-0614


  ------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
  ------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

     1.  The case was filed on 04/19/07 and confirmed on 08/30/07.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  21490.00 .

     4.  The Trustee made disbursements to creditors as follows:


  ------------------------------------------------------------------------------
  CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
  ------------------------------------------------------------------------------
  DAIMLER CHRYSLER FINANCI  SECURED VEHIC    10000.00         618.86      10000.00
  CITIFINANCIAL AUTO        SECURED VEHIC         .00            .00           .00
  CAPITAL ONE BANK          UNSECURED        9286.54            .00       2040.42
  CAPITAL ONE BANK          UNSECURED        6286.19            .00       1381.19
  CHASE MANHATTAN BANK USA  UNSECURED       NOT FILED           .00           .00
  CHASE HOME FINANCE        UNSECURED        6368.00            .00       1399.17
  RESURGENT CAPITAL SERVIC  UNSECURED        1642.57            .00        360.90
  FAMILY DENTAL CARE        UNSECURED       NOT FILED           .00           .00
  ECAST SETTLEMENT CORPORA  UNSECURED         316.59            .00         69.56
  ECAST SETTLEMENT CORPORA  UNSECURED        2703.94            .00        594.11
  ANN THOMAS                CHILD SUPPORT   NOT FILED           .00           .00
  ECAST SETTLEMENT CORPORA  UNSECURED         392.63            .00         86.27
  DAIMLER CHRYSLER FINANCI  UNSECURED        4855.47            .00       1066.84
           Summary of disbursements:
  ------------------------------------------------------------------------------
                   SECURED     PRIORITY     UNSECURED       OTHER         TOTAL
  ------------------------------------------------------------------------------
  TOTAL CLMS ALLOWED   10000.00       .00      31851.93        .00      41851.93
  PRINCIPAL PAID       10000.00       .00       6998.46        .00      16998.46
  INTEREST PAID          618.86       .00            .00       .00        618.86
  TOTAL PAID           10618.86       .00       6998.46        .00      17617.32
  The Debtor's attorney, JOHN C DENT                  , was allowed $  3000.00
  and was paid $    315.00   direct and $   2685.00   through the plan.

  The Trustee received $    1154.68 .

  Refunds to the Debtor totaled $      33.00 .

       Wherefore, the Trustee requests an order be entered discharging
  the Trustee and the surety on his bond from any further liability
  in this case.
```

```
Dated: 08/20/08                      /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```